IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TREONDRA HESTER,

    Plaintiff,
v.                                                                    CASE NO. 4:04-cv-00473-MP-AK

KENNETH W, FORTUNE, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's Amended Complaint, Doc. 6, be dismissed for failure to state a claim upon which relief can be granted.  The Magistrate Judge filed the Report and Recommendation on Wednesday, November 30, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff has filed a Notice of Appeal, Doc. 12, which this court will construe as being objections to the Magistrate's report.  After considering the Report and Recommendation and objections thereto filed, I have determined that the Report and Recommendation should be adopted.  Plaintiff raises no issues which warrant rejecting the Magistrate's report.  While plaintiff does correctly state that plaintiff was granted leave to proceed *in forma pauperis*, plaintiff fails to address the Magistrate's correct finding that plaintiff's complaint fails to state a cause of action upon which relief may be granted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Amended Complaint, Doc. 6, is dismissed for failure to state a claim, upon which relief can be granted.

**DONE AND ORDERED** this   *10th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
